## CIVIL MOTION HEARING MINUTES

DATE: March 1, 2013      CASE NUMBER: 12cv986      START 10:36

JUDGE: Liam O'Grady      REPORTER: Norman Linnell      END 10:47

PARTIES:                                ATTORNEYS:

Won Kim

Christopher Brown

V.

U.S. Bank, N.A.

Patrick Lee

THIS MATTER CAME ON FOR HEARING ON: Deft's motion to dismiss — heard. Findings stated, and denied. Damages issue to be worked out during discovery. 10 days to file an answer + sched. order to follow.